

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:KMA; 2019V03293

*271-A Cadman Plaza East, 7th Floor*
*Brooklyn, New York 11201*

July 29, 2020

BY ECF

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    CLEAR, et al. v. United States Customs and Border Protection,
              Civil Action No. 19-CV-07079 (EK) (RER)

Dear Judge Reyes:

      This letter motion is respectfully submitted on behalf of Defendant United States Customs and Border Protection ("CBP") to respectfully request an extension of one week, from July 31 to August 7, 2020, of the date for the completion CBP's production of the remaining records responsive to Plaintiffs' Freedom of Information Act request. Plaintiffs' counsel has graciously consented to this request.

      Pursuant to Your Honor's Scheduling Order dated April 20, 2020, CBP was to complete its search, processing, and production of the responsive documents that had not yet been produced by July 31, 2020. CBP has nearly completed the processing and will be producing some of the remaining records to Plaintiffs on July 31. However, CBP requires an additional week to do complete the production.

      None of the other dates in the Scheduling Order are affected by this extension request.

Thank you for Your Honor's consideration of this request.

                            Respectfully submitted,

                            SETH D. DUCHARME
                            ACTING U.S. ATTORNEY
                            Attorney for Defendant

By:   s/*Kathleen A. Mahoney*
         KATHLEEN A. MAHONEY
         Assistant U.S. Attorney
         (718) 254-6026
         kathleen.mahoney@usdoj.gov

cc:    (By ECF)

Patrick Toomey
Scarlet Kim
American Civil Liberties Foundation
*Attorneys for Plaintiffs*

Robert Hodgson
Christopher Dunn
New York Civil Liberties Union Foundation
*Attorneys for Plaintiffs*