April 30, 2021



National Office
125 Broad Street,
18th Floor
New York, NY 10004
Tel: (212) 549-2644
Fax: (212) 549-2644
aclu.org

Susan N. Herman
*President*

Anthony D. Romero
*Executive Director*

Richard Zacks
*Treasurer*

*VIA CM/ECF*

Honorable Ramon E. Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *CLEAR, et al. v. U.S. Customs and Border Protection*,
     No. 19-cv-7079 (EK/RER)

Dear Judge Reyes,

Plaintiffs submit this letter following video oral argument on April 26, 2021. At oral argument, the Court agreed to review *in camera* a sample of the documents at issue to determine the propriety of Defendant's withholdings, including whether Defendant reasonably segregated information, pursuant to the Freedom of Information Act. Plaintiffs identified for the Court's review four documents withheld in full and described in Defendant's Vaughn index, and one document partially withheld. In an abundance of caution, Plaintiffs identify those documents in writing below:

*Documents Withheld in Full, ECF No. 39 at Ex. M:*
- Doc. No. 5: TTRT Officer Reference Job Aid 2020 (35 pages)
- Doc. No. 11: Cultural and Religious Awareness Class (57 pages)
- Doc. No. 28: TTP_[redacted] Presentation (12 pages)
- Doc. No. 30: TTRT [redacted] Accomplishments (13 pages)

*Partially Withheld Document, ECF No. 36 at Ex. H, pp. 43–61:*
- PowerPoint Presentation (19 pages)

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Scarlet Kim*

| | |
|---|---|
| Tarek Z. Ismail<br>CLEAR Project<br>CUNY School of Law<br>2 Court Square<br>Long Island City, NY 11101<br>(718) 340-4141<br>tarek.ismail@law.cuny.edu | Scarlet Kim<br>Patrick Toomey<br>American Civil Liberties Union<br>   Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>scarletk@aclu.org<br>ptoomey@aclu.org<br><br>*Counsel for Plaintiffs* |

cc: Kathleen Mahoney (via CM/ECF)
    Assistant U.S. Attorney
    *Counsel for Defendant*