

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271-A Cadman Plaza East*
*Brooklyn, New York  11201*

May 12, 2023

BY ECF

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *CLEAR, et al. v. United States Customs and Border Protection*,
               Civil Action No. 19-CV-07079 (RER)

Dear Judge Reyes:

      This letter is jointly submitted by the parties in accordance with Your Honor's directive at the March 7, 2023 conference that the parties submit either a status report or stipulation of dismissal on May 12, 2023 in the above-referenced action pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

      By letter dated February 17, 2023 (Dkt. #60), Plaintiffs advised the Court that the parties had been discussing issues related to Defendant's supplemental submissions concerning the disputed documents (Dkt. #57, #57-1, #57-2) and Defendant's recent productions to identify any remaining issues. At the March 7, 2023 conference, Plaintiffs reported that there were no further challenges to Defendant's responses but they would be seeking attorneys' fees and costs. The parties agreed that they would engage in negotiations and attempt to obviate the need for further motion practice.

      Plaintiffs have provided Defendant with their proposal regarding attorney fees and costs. The parties are continuing to discuss settlement.

      Therefore, the parties respectfully propose that, depending on the progress in their settlement discussions, they provide either a further status report or a proposed briefing schedule for a motion for attorneys' fees and costs in thirty-one days, *i.e.*, by June 12, 2013.

Thank you for Your Honor's consideration of this submission.

          Respectfully submitted,

          BREON PEACE
          United States Attorney
          Attorney for Defendant

By:   s/*Kathleen A. Mahoney*
      KATHLEEN A. MAHONEY
      Senior Litigation Counsel
      Assistant U.S. Attorney
      (718) 254-6026
      kathleen.mahoney@usdoj.gov

cc:   (By ECF)
     Counsel for Plaintiffs

     Scarlet Kim
     Patrick Toomey
     American Civil Liberties Union Foundation

     Robert Hodgson
     Christopher Dunn
     New York Civil Liberties Union Foundation

     Tarek Ismail
     CUNY School of Law