

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271-A Cadman Plaza East*
*Brooklyn, New York  11201*

June 12, 2023

BY ECF

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *CLEAR, et al. v. United States Customs and Border Protection*,
              Civil Action No. 19-CV-07079 (RER)

Dear Judge Reyes:

      This letter is jointly submitted by the parties in accordance with Your Honor's Order dated May 12, 2023, in the above-referenced action pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

      By letter dated February 17, 2023 (Dkt. #60), Plaintiffs advised the Court that the parties had been discussing issues related to Defendant's supplemental submissions concerning the disputed documents (Dkt. #57, #57-1, #57-2) and Defendant's recent productions to identify any remaining issues. At the March 7, 2023 conference, Plaintiffs reported that there were no further challenges to Defendant's responses but they would be seeking attorneys' fees and costs. The parties agreed that they would engage in negotiations and attempt to obviate the need for further motion practice. Your Honor directed the parties to submit either a status report or stipulation of dismissal on May 12, 2023.

      As set forth in the May 12, 2023 status report, Plaintiffs provided Defendant with their proposal regarding attorneys' fees and costs, and the parties were continuing to discuss settlement. The discussions are taking longer than anticipated, but the parties would prefer to continue them rather than burden the Court with motion practice.

      Therefore, the parties respectfully propose that they provide either a further status report or a proposed briefing schedule for a motion for attorneys' fees and costs in thirty days, *i.e.*, by July 12, 2023.

Thank you for Your Honor's consideration of this submission.

        Respectfully submitted,

        BREON PEACE
        United States Attorney
        Attorney for Defendant

By:   s/*Kathleen A. Mahoney*
        KATHLEEN A. MAHONEY
        Senior Litigation Counsel
        Assistant U.S. Attorney
        (718) 254-6026
        kathleen.mahoney@usdoj.gov

cc:   (By ECF)
      Counsel for Plaintiffs

      Scarlet Kim
      Patrick Toomey
      American Civil Liberties Union Foundation

      Robert Hodgson
      Christopher Dunn
      New York Civil Liberties Union Foundation

      Tarek Ismail
      CUNY School of Law